# United States Bankruptcy Court

## District of New Jersey, Trenton Division

In re __Environmental Remediation and Financial__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Vigneri**<br>**113 Dartmouth Ave**<br>**Point Pleasant, NJ** | **General Partner** | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May  3, 2022** _____

Signature **/s/ Mark Vigneri**
**Mark Vigneri**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of New Jersey, Trenton Division**

**IN RE:**                                           Case No. _____

Environmental Remediation and Financial              Chapter **11** _____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **May  3, 2022** _____    Signature: _/s/ Mark Vigneri_ _____
                                                   **Mark Vigneri, President**                          Debtor


Date: _____    Signature: _____
                                                                              Joint Debtor, if any

Software Copyright (c) 2022 CINGroup - www.cincompass.com

AARCO Environmental Services Corp.
50 Gear Ave
Lindenhurst, NY  11757-1005


All Crane & Equipment Rental Corp.
PO Box 249
Nitro, WV  25143-0249


Ally
PO Box 9001948
Louisville, KY  40290


ALS Group USA, Corp.
10450 Stancliff Rd Ste 210
Houston, TX  77099-4338


Ang
695 Avenue E
Bayonne, NJ  07002-4842


Anthony Ditchkus
103 Lakshman Trl
Dover, DE  19904-0972


Bank of America
PO Box 15796
Wilmington, DE  19886-5796

Bank of America
PO Box 660441
Dallas, TX  75266


Barley Snyder Attorneys At Law
126 E King St
Lancaster, PA  17602-2832


BASF Corporation, FPN/IC
100 Park Ave
Florham Park, NJ  07932-1049


Blakely
100 S West Ave
Wenonah, NJ  08090-1848


Blue Bridge Financial LLC
111921 Freedom Dr Ste 1130
Reston, VA  20190


Calvin Palmer
505 Glendale Ave
Westmont, NJ  08108-2233


Capone
339 Cator Ave
Jersey City, NJ  07305-2054

Carol Lintao and Joseph Amend
25 W 44th St
Bayonne, NJ  07002-3015


Carol Schmeider
1280 Paterson Ave
Whiting, NJ  08759-4010


Caryn Skinner/Estate of Carolyn Newell
56 Harrison St
Verona, NJ  07044-1505


Cashwell Estate/ Michael Cashwell
c/o William Denver
331 Newman Springs Rd Bldg 1
Red Bank, NJ  07701-5688


Charles L. Moore
72 Kentnor St
Metuchen, NJ  08840-2205


Cheesman Property
1008 Wayne Rd
Haddonfield, NJ  08033-3638


Columbus Equipment Company
2323 Performance Way # Py
Columbus, OH  43207-2858

Conboy Property
398 Ogden Ave
Jersey City, NJ  07307-1115


Corlyn Nelson
40 La France Ave
Bloomfield, NJ  07003-5632


Credit Collection Services
725 Canton St
Norwood, MA  02062-2679


Darwin Walker/ DJW Somerdale LLC
15 Tuxedo Ct
Marlton, NJ  08053-5602


David Martinez and Harry Martinez
384 Van Nostrand Ave
Jersey City, NJ  07305-1309


Davis Residence
69 Wyncrest Rd
Marlboro, NJ  07746-2248


DeMatos Property
130 Johnston Ave
Kearny, NJ  07032-2326

Dennis Ciocco
508 Denise Ct
Williamstown, NJ  08094-1649


Dimitrious Koukourdelis
43 Division St
South River, NJ  08882-1641


DQB of Toms River
1920 Route 37 E
Toms River, NJ  08753-8255


Earl Richardson
30 Parson Ln
Willingboro, NJ  08046-2601


Earth Science Consultants, LLC
208 Seymour Ave
Point Pleasant Beach, NJ  08742-3132


EisnerAmper/Eisner Advisory Group LLC
733 3rd Ave
New York, NY  10017-3204


Environmental Monitoring Services, LLC
106 Hartwood Dr Ste A
Woodstock, GA  30189-3414

Estate of Florence Saracina
c/o Gloria Love, Executrix
8 S Granville Ave
Margate City, NJ  08402-2736


Estebal Property
82 Elm Ave
Iselin, NJ  08830-1503


Fedo
145 Schwarz Blvd
Lake Hopatcong, NJ  07849-1621


Financial Pacific Leasing, Inc.
PO Box 749642
Los Angeles, CA  90074


Forward Financing
53 State St Fl 20
Boston, MA  02109-3204


Frank and Helena Boddy
505 Glendale Ave
Haddon Township, NJ  08108-2233


Gail Plovinsky (Klein)
12 Community Dr
West Long Branch, NJ  07764-1603

George Kasper
656 Morris Ave
Newfield, NJ  08344-5149


GeoShack-Ohio
2307 Springlake Rd Ste 514
Dallas, TX  75234-5876


Hagetter
703 Orchard St
Whiting, NJ  08759


Harry Larrison/Larrison Coal & Fuel Oil
c/o Carol Pantaleo
8 Silver Leaf Dr
Marlboro, NJ  07746-1896


Hawk Drilling, Inc.
221 Van Syckels Rd
Hampton, NJ  08827-4027


Highway Petroleum
1233 Haddonfield-Berlin Rd Ste 8
Voorhees, NJ  08043


Internal Revenue Service
955 S Springfield Ave
Springfield, NJ  07081-3570

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Joseph A. Molinaro, Esq.
648 Wyckoff Ave
Wyckoff, NJ  07481-1428


Kaplan Property
272 Beechwood Ave
Union, NJ  07083-8306


Kathleen Wall, Esq.
PO Box A
Manasquan, NJ  08736-0631


Kazimieri Bil
905 N Beecham Rd
Williamstown, NJ  08094-2101


Kenneth Mount
62 Manalapan Ave
Freehold, NJ  07728-1657


Kim Guatam
283 Arneys Mount Rd
Pemberton, NJ  08068-9701

Lagattuta
58 Hamburg Tpke
Sussex, NJ   07461


Lawrence
361 Shrewsbury Ave
Red Bank, NJ   07701-1469


Lightpath /Altice Business
Cablevision Lightpath LLC
PO Box 360111
Pittsburgh, PA   15251


Lorraine Nocera
21 Farm Tree Rd
Manalapan, NJ   07726-3727


Maier Property
74 John St
Red Bank, NJ   07701-2338


Mark
49 Talbot St
Burlington, NJ   08016-1349


Meridan Occupational Health PC
HMH Occupational Health
PO Box 414288
Boston, MA   02241

Metzler Property
40 Tansboro Rd
Berlin, NJ  08009-1938


Michael J. Iann
6004 Adams St W
New York, NY  10001


Michele Rodrigues
946 Van Buren Ave
Elizabeth, NJ  07201-1816


Milliville Industrial Dev. Corp.
1013 E Landis Ave
Vineland, NJ  08360


Nexa Receptionists LLC
C2C Resources LLC 1455 Lincoln Pkwy
Ste 550
Atlanta, GA  30301


NJ E-ZPass Violation Processing Center
PO Box 52005
Newark, NJ  07101-8205


Parratt Wolff Inc.
PO Box 56
East Syracuse, NY  13057

Paul Whitfield
84 Bingham Ave
Rumson, NJ  07760-1518


Picerno
7 Sunset Ct
Freehold, NJ  07728-2066


Pruzan
207 11th St
Hoboken, NJ  07030-4346


Roche Freedman LLP
99 Park Ave Rm 1910
New York, NY  10016-1347


Roland Pospolita
35 Jensen Ave
Woodbridge, NJ  07095


Salerno/Smith
2358 JFK Blvd
Jersey City, NJ  07097


Sanango Property
14 Saint Pauls Ave
Jersey City, NJ  07306-1616

Scott and Jane Kelly
133 Lexington Ave
Bayonne, NJ  07002-4238


SGS North America, Inc..
2235 US Highway 130
Dayton, NJ  08810-1414


Sherlock Oil Company, Inc.
PO Box 175
Beverly, OH  45715


Shvetz Properties, LLC
15 Stewart Pl Apt 6D
White Plains, NY  10603-3853


Simenehe
42 Parkison Ter
Orange, NJ  07050


Smith Convery
1915 Maple Ave
Haddon Heights, NJ  08035-1117


Stantec Consulting Services Inc.
100 Pearl St Fl 11
Hartford, CT  06103-4511

State of NJ- Div of Taxation
PO Box 046
Trenton, NJ  08646


State of NY- Div of Taxation
1 Harriman Campus Rd
Albany, NY  12206-5408


Stericycle Environmental Solutions Inc.
2670 Executive Dr
Indianapolis, IN  46241-5024


Steve M. Kalebic, Esq.
167 Main St
Hackensack, NJ  07601-7150


Suburban Testing Labs, Inc.
1037 Macarthur Rd # F
Reading, PA  19605-9402


Super Tire
7255 N Crescent Blvd
Pennsauken, NJ  08110-1516


Texidor
28 Newark Bay Ct
Bayonne, NJ  07002-1904

The Estate of Salvatore Pona
c/o Jean Carne
19 Cori St
Parlin, NJ   08859-1719


Thermo National
c/o Henry Streicher
1410 Oakwood Hollow Ln
Toms River, NJ   08755-2200


Timothy Shea
6044 Main St
Mays Landing, NJ   08330-1850


United Fire & Casualty Company
PO Box 73909
Cedar Rapids, IA   52407-3909


Valerie Rodgers
2025 Route 70 W
Cherry Hill, NJ   08002-2728


Vargo
91 Graham St
Jersey City, NJ   07307-3325


Weir & Partners LLP
20 Brace Rd Ste 200
Cherry Hill, NJ   08034-2634

Widows
320 Byron Pl
Maywood, NJ  07607-1915


Willie B. McGuire c/o Joyce Thomas
235 N 19th St E
Orange, NJ  07050


Wynne
250 Hampshire Dr
Deptford, NJ  08096-4205

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of New Jersey, Trenton Division**

IN RE:                                                                Case No. _____

Environmental Remediation and Financial                              Chapter **11** _____
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                          the Social Security number of the officer,
_____        principal, responsible person, or partner of
                                                                 the bankruptcy petition preparer.)
_____        (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Environmental Remediation and Financial              **X** */s/ Mark Vigneri*                    **5/03/2022**
_____            _____
Printed Name(s) of Debtor(s)                         Signature of Debtor                    Date

Case No. (if known) _____            **X** _____
                                                     Signature of Joint Debtor (if any)     Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Environmental Remediation and Financial**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:** From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$1,346,254.00** |
| **For the fiscal year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$2,964,804.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |
| 3.1.   **Blue Ridge Financial LLC** | **February 10, 2022,  March 10, 2022 and April 2022** | **$12,534.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Environmental Remediation and Financial**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2.  **Forward Financing** | **January 7, 14, 21, 28; February 4,11, 18, 25 and March 4, 11,** | $38,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Financial Pacific Leasing, Inc.**<br>**PO Box 749642**<br>**Los Angeles, CA 90074** | | $8,286.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Steve M. Kalebic, Esq.**<br>**167 Main St**<br>**Hackensack, NJ 07601-7150** | **March 10, 2022** | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal Fees** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **Environmental Remediation and Financial**          Case number *(if known)*  _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Shvetz Properties, LLC v. Environmental Remediation Services, LLC**<br>**21-cv-07952** | **Civil Action** | **US District Ct- Southern District of NY** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Environmental Remediation and Financial Services, LLC v. Fern S. Bliss-Morgan**<br>**L-003057-20** | **Civil Action** | **Superior Court of NJ-Camden County** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Suburban Testing Labs, Inc. v. Environmental Remediation and Financial Services, LLC**<br>**20-17181** | **Civil Action** | **COurt of Common Pleas-Berks County, PA** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Stericycle Environmental Solutions Inc. v. Environmental Remediation and Financial Services, LLC**<br>**L-000418-21** | **Civil Action** | **Superior Court of NJ - Ocean County** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **Columbus Equipment Company v. Environmental Remediation and Financial Services LLC**<br>**DJ-095468-21** | **Civil Action-Foreign Judgment from County of Fairfield and Franklin in the State of Ohio under case number 19-CV0099-91 from** | **Superior Court of NJ-Monmouth County** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **U.S. Bank National Association d/b/a U.S. Bank Equipment Finance v. Environmental Remediation and Financial Services, LLC and Mark Vigneri**<br>**L-00168-22** | **Civil Action** | **Superior Court of NJ-Monmouth County** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Environmental Remediation and Financial**                                   Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gillman, Bruton & Capone, LLC**<br>**60 State Route 71**<br>**Spring Lake, NJ 07762-1877** | 0.0 | | $33,500.00 |
| | **Email or website address**<br>_____ | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

| Debtor | Environmental Remediation and Financial | Case number *(if known)* |
|---|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list

Debtor   **Environmental Remediation and Financial**                      Case number *(if known)* _____

leased or rented property.

■ None

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Joseph Velocci, CPA CGMA**<br>**15 Broadway**<br>**Denville, NJ 07834-2703** | - present |

Debtor    **Environmental Remediation and Financial**    Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Vigneri | | President /Shareholder | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Environmental Remediation and Financial**                                    Case number *(if known)*
_____                          _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2022**
            _____

**/s/ Mark Vigneri**                                **Mark Vigneri**
_____        _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**
                        _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Environmental Remediation and Financial** | |
| 2. | All other names debtor used in the last 8 years Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-0321720** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2150 State Route 35 Ste 250 Sea Girt, NJ 08750** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Monmouth** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **200 Airport Rd # UNITS102 Lakewood, NJ 08701-6912** |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Environmental Remediation and Financial_____    Case number (*if known*) _____
     Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Environmental Remediation and Financial**

Name

Case number (*if known*)

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor **Environmental Remediation and Financial**
Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Environmental Remediation and Financial | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2022**
MM / DD / YYYY

X **/s/ Mark Vigneri**
Signature of authorized representative of debtor

**Mark Vigneri**
Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Marc C. Capone**
Signature of attorney for debtor

Date    **May  3, 2022**
MM / DD / YYYY

**Marc C. Capone**
Printed name

**Gillman, Bruton & Capone, LLC**
Firm name

**60 State Route 71**
**Spring Lake, NJ 07762-1877**
Number, Street, City, State & ZIP Code

Contact phone    **(732) 528-1166**    Email address    **mcapone@gbclawgroup.com**

**MC4795**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Environmental Remediation and Financial**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2022**          X **/s/ Mark Vigneri**

Signature of individual signing on behalf of debtor

**Mark Vigneri**

Printed name

**President**

Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Environmental Remediation and Financial** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY, TRENTON DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AARCO Environmental Services Corp. 50 Gear Ave Lindenhurst, NY 11757-1005** | | | | | | $17,362.82 |
| **ALS Group USA, Corp. 10450 Stancliff Rd Ste 210 Houston, TX 77099-4338** | | | | | | $31,340.00 |
| **Bank of America PO Box 15796 Wilmington, DE 19886-5796** | | | | | | $39,009.35 |
| **Bank of America PO Box 660441 Dallas, TX 75266** | | | | | | $37,875.32 |
| **Bank of America PO Box 15796 Wilmington, DE 19886-5796** | | | | | | $101,079.35 |
| **Columbus Equipment Company 2323 Performance Way # Py Columbus, OH 43207-2858** | | | | | | $70,595.25 |
| **Environmental Monitoring Services, LLC 106 Hartwood Dr Ste A Woodstock, GA 30189-3414** | | | | | | $11,500.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   **Environmental Remediation and Financial**                     Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hawk Drilling, Inc. 221 Van Syckels Rd Hampton, NJ 08827-4027** | | | | | | **$69,287.00** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | | | | | **$653,661.95** |
| **Internal Revenue Service 955 S Springfield Ave Springfield, NJ 07081-3570** | | | | | | **$17,785.95** |
| **Lightpath /Altice Business Cablevision Lightpath LLC PO Box 360111 Pittsburgh, PA 15251** | | | | | | **$64,170.75** |
| **Parratt Wolff Inc. PO Box 56 East Syracuse, NY 13057** | | | | | | **$20,410.69** |
| **SGS North America, Inc.. 2235 US Highway 130 Dayton, NJ 08810-1414** | | | | | | **$58,898.00** |
| **Sherlock Oil Company, Inc. PO Box 175 Beverly, OH 45715** | | | | | | **$17,900.13** |
| **Shvetz Properties, LLC 15 Stewart Pl Apt 6D White Plains, NY 10603-3853** | | | | | | **$112,500.00** |
| **State of NJ- Div of Taxation PO Box 046 Trenton, NJ 08646** | | | | | | **$136,382.40** |
| **State of NY- Div of Taxation 1 Harriman Campus Rd Albany, NY 12206-5408** | | | | | | **$11,234.00** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Environmental Remediation and Financial**                          Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stericycle Environmental Solutions Inc. 2670 Executive Dr Indianapolis, IN 46241-5024** | | | | | | $43,852.52 |
| **Suburban Testing Labs, Inc. 1037 Macarthur Rd # F Reading, PA 19605-9402** | | | | | | $23,376.01 |
| **Weir & Partners LLP 20 Brace Rd Ste 200 Cherry Hill, NJ 08034-2634** | | Trade debt | | | | $63,185.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name   **Environmental Remediation and Financial** | |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, TRENTON DIVISION | |
| Case number (if known)   _____ | ☐ Check if this is an amended filing |

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking Account** | **7253** | $399.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$399.00**

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **1,022,153.00** | - | **0.00** | = .... | **$1,022,153.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Environmental Remediation and Financial** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

11a. 90 days old or less:         **1,300,000.00** -        **0.00** = ....       **$1,300,000.00**

                face amount               doubtful or uncollectible accounts

12.     **Total of Part 3.**                                 **$2,322,153.00**

        Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2002 Ford Treatment 2 Truck** | **$13,500.00** | | **$13,500.00** |
| 47.2.   **2006 Ford E350 Treatment 3** | **$16,000.00** | | **$16,000.00** |
| 47.3.   **2008 Ford F-550 XL Super Duty Rack Truck (149,000 miles)** | **$29,900.00** | TruckPaper.com | **$29,900.00** |
| 47.4.   **2009 Ford F-550 XL Rack Truck (271,000 miles)** | **$28,000.00** | | **$28,000.00** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Environmental Remediation and Financial** | | Case number *(If known)* | |
|--------|---------------------------------------------|---|--------------------------|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.5. | **2001 Chevrolet Silverado 3500 LS Pick-up Truck (211,000 miles)** | $2,975.00 | NADA | $2,975.00 |
| 47.6. | **2008 Chevrolet 3500HD Rack Truck (115,000 miles)** | $8,500.00 | | $8,500.00 |
| 47.7. | **2013 Mercedes-Benz Sprinter 2500 Cargo van 144' (125,000 miles)** | $13,650.00 | CarGurus | $13,650.00 |
| 47.8. | **2014 Mercedes-Benz 2500 Sprinter Van 177' (125,000 miles)** | $32,995.00 | CarGurus | $32,995.00 |
| 47.9. | **2004 Ford Expedition Eddie Bauer (162,000 miles)** | $2,075.00 | NADA | $2,075.00 |
| 47.10. | **2016 Chevrolet Silverado 3500HD Utility Body truck (89,000 miles)** | $36,900.00 | TruckPaper.com | $36,900.00 |
| 47.11. | **2002 Ford Econoline E350 Super Duty Cargo Van (160,000miles)** | $3,414.00 | Kelley Blue Book | $3,414.00 |
| 47.12. | **2006 Ford Econoline E350 Superduty Cargo Van (255,000 miles)** | $7,995.00 | CarGurus | $7,995.00 |
| 47.13. | **2005 Ford Econoline E 150 Van (219,000 miles)** | $4,499.00 | CarGurus | $4,499.00 |
| 47.14. | **2002 Chevrolet Express 1500 Van (215,000 miles)** | $2,225.00 | NADA | $2,225.00 |
| 47.15. | **2004 Dodge Ram 2500 Laramie Pick-up Truck (219,000 miles)** | $4,225.00 | NADA | $4,225.00 |
| 47.16. | **2006 Ford F-350 Superduty XL Rackbody Truck with Liftgate (174,000 miles)** | $21,500.00 | 2040-cars.com | $21,500.00 |
| 47.17. | **1995 GMC W4 Medtilt Box Truck (240,000 miles)** | $3,250.00 | TruckPaper.com | $3,250.00 |
| 47.18. | **2016 Chevrolet 4500 LCF Box Truck (23,000 miles)** | $49,900.00 | tricountytruck.c | $49,900.00 |
| 47.19. | **2010 Freightliner Sprinter 3500 (99,000 miles)** | $25,000.00 | | $25,000.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
|---|---|

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Environmental Remediation and Financial** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 48.1. | **2000 Vapor Trailer** | **$15,000.00** | **Replacement Valu** | **$15,000.00** |
| 48.2. | **2011 Big Tex Equipment Trailer** | **$11,000.00** | **Replacement Valu** | **$11,000.00** |
| 48.3. | **2016 Prop Rig** | **$105,000.00** | **Replacement Valu** | **$105,000.00** |
| 48.4. | **2016 Mustang Trailer** | **$13,000.00** | **Replacement Valu** | **$13,000.00** |
| 48.5. | **2019 Big Tex Equipment Trailer** | **$15,000.00** | **Replacement Valu** | **$15,000.00** |
| 48.6. | **2009 Big Tex Deck Over Trailer** | **$16,000.00** | **Replacement valu** | **$16,000.00** |
| 48.7. | **TRL Small Trailer** | **$2,200.00** | **Repalcement Valu** | **$2,200.00** |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Solinst Interface Probe (Qty- 8)** | **$9,112.00** | **Replacement Valu** | **$9,112.00** |
| **RKI Eagle (Qty-5)** | **$22,750.00** | **Replacement Valu** | **$22,750.00** |
| **RKI Eagle 2 with PID (Qty-4)** | **$20,000.00** | **Replacement Valu** | **$20,000.00** |
| **RKI Eagle 2 without PID** | **$5,000.00** | **Replacement Valu** | **$5,000.00** |
| **RKI GX-6000** | **$3,250.00** | **Replacement Valu** | **$3,250.00** |
| **Horiba U-22 Water Quality Instrument (Qty-4)** | **$17,200.00** | **Replacement Valu** | **$17,200.00** |
| **Horiba U-51 Multiparameter Meter (Qty-5)** | **$18,500.00** | **Replacement Valu** | **$18,500.00** |
| **Horiba U-52 Multiparameter Meter** | **$3,700.00** | **Replacement Valu** | **$3,700.00** |
| **LSS Pocket pH Tester** | **$100.00** | **Replacement Valu** | **$100.00** |
| **Mini RAE 2000 VOC Monitor (Qty-2)** | **$6,600.00** | **Replacement Valu** | **$6,600.00** |
| **Mini RAE Lite VOC Monitor (Qty-2)** | **$5,790.00** | **Replacement Valu** | **$5,790.00** |
| **RAE Systems MultiRAE IR Monitor** | **$3,800.00** | **Replacement Valu** | **$3,800.00** |
| **Pocket PC** | **$1,590.00** | **Replacement Valu** | **$1,590.00** |

Debtor    **Environmental Remediation and Financial**          Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| TROLL 9500 Water Quality Probe | $7,020.00 | Replacement Valu | $7,020.00 |
| 2002 Noggin SmartCart GPR | $24,100.00 | Replacement Valu | $24,100.00 |
| Noggin Smart Cart battery | $800.00 | Replacement Valu | $800.00 |
| Noggin Smart Cart Screen | $3,670.00 | Replacement Valu | $3,670.00 |
| AMS Soil Vapor Sample Kit | $1,800.00 | Replacement Valu | $1,800.00 |
| Grundfos Pump and Controller | $5,200.00 | Replacement Valu | $5,200.00 |
| Trimble SiteVision Switch Box | $38,000.00 | Replacement Valu | $38,000.00 |
| Site Vision Cables (Qty- 2) | $8,800.00 | Replacement Valu | $8,800.00 |
| Lutz Drum Pump (Qty- 10) | $12,000.00 | Replacement Valu | $12,000.00 |
| Mag Drive Pumps (Qty-3) | $14,580.00 | Replacement Valu | $14,580.00 |
| Banjo Impeller Pumps (2) | $1,400.00 | Replacement Valu | $1,400.00 |
| Little Giant Pumps (3) | $2,400.00 | Replacement Valu | $2,400.00 |
| Honda WB20XT Trash Pumps (4) | $2,600.00 | Replacement Valu | $2,600.00 |
| Dayton Trash Pumps (2) | $3,600.00 | Replacement Valu | $3,600.00 |
| Yellow Grout Plant | $15,000.00 | Replacement Valu | $15,000.00 |
| Blue Grout Plant | $24,500.00 | Replacement Valu | $24,500.00 |
| Big Blue Grout Plant | $64,000.00 | Replacement Valu | $64,000.00 |
| Geopump DP-800 Pumps (6) | $63,000.00 | Replacement Valu | $63,000.00 |
| TL Sprayer Unit (Small) | $26,262.00 | Replacement Valu | $26,262.00 |
| TL Sprayer Unit (Large) | $29,110.00 | Replacement Valu | $29,110.00 |
| Pressure Inj Hoses | $3,500.00 | Replacement Valu | $3,500.00 |
| Drum Carts (4) | $1,300.00 | Replacement Valu | $1,300.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Environmental Remediation and Financial** | | | Case number *(If known)* | |
| | Name | | | | |

| | | | |
|---|---|---|---|
| **Hand Carts (2)** | $200.00 | Replacement Valu | $200.00 |
| **Flat Hand Truck** | $100.00 | Replacement Valu | $100.00 |
| **Push cart** | $150.00 | Replacement Valu | $150.00 |
| **Pallet Jack** | $350.00 | Replacement Valu | $350.00 |
| **Liffrite Pallet Jack** | $520.00 | Replacement Valu | $520.00 |
| **Wheelbarrel (4)** | $400.00 | Replacement Valu | $400.00 |
| **Dewalt 18v Drill (Qty- 3)** | $360.00 | Replacement Valu | $360.00 |
| **Dewalt 20 Driver (Qty- 6)** | $690.00 | Replacement Valu | $690.00 |
| **Dewalt 18V Circular Saw** | $180.00 | Replacement Valu | $180.00 |
| **Dewalt 18V Reciprocating Saws (Qty- 2)** | $355.00 | Replacement Valu | $355.00 |
| **Milwaukee Sawzall** | $150.00 | Replacement Valu | $150.00 |
| **Dewalt Angle Grinders (Qty-2)** | $160.00 | Replacement Valu | $160.00 |
| **Craftsman 3/8" Cordless Drlll** | $120.00 | Replacement Valu | $120.00 |
| **Ryobi Belt Sander** | $70.00 | Replacement Valu | $70.00 |
| **Ryobi 14.4V Circular Saw** | $75.00 | Replacement Valu | $75.00 |
| **Well Soldering Gun** | $40.00 | Replacement Valu | $40.00 |
| **Bosch Hammer Drill** | $1,200.00 | Replacement Valu | $1,200.00 |
| **Dewalt 18V Flashlight** | $85.00 | Replacement Valu | $85.00 |
| **Bosch RH850VC Hammer Drill** | $1,000.00 | | $1,000.00 |
| **Dewalt Drills (Qty- 4)** | $600.00 | | $600.00 |
| **Reddy Heater Proprane heater** | $850.00 | | $850.00 |

| Debtor | **Environmental Remediation and Financial** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Dyna Glow Space Heaters (Qty- 2)** | $300.00 | Replacement Valu | $300.00 |
| **Drill Press** | $150.00 | Replacement Valu | $150.00 |
| **Rigid Drill** | $120.00 | Replacement Valu | $120.00 |
| **Rigid Generators (Qty - 4)** | $3,810.00 | Replacement Valu | $3,810.00 |
| **Briggs and Stratton Generators (Qty- 3)** | $2,800.00 | Replacement Valu | $2,800.00 |
| **Husqvarna K760 Demo Saw** | $1,950.00 | Replacement Valu | $1,950.00 |
| **NAPA Battery Chargers (Qty- 2)** | $1,516.00 | Replacement Valu | $1,516.00 |
| **Konwin Space Heaters (Qty- 3)** | $120.00 | Replacement Valu | $120.00 |
| Shovels (Qty- 25) | $1,000.00 | Replacement Valu | $1,000.00 |
| Rakes (Qty- 15) | $525.00 | Replacement Valu | $525.00 |
| Brooms (Qty- 20) | $600.00 | Replacement Valu | $600.00 |
| Post Hole Diggers (Qty-5) | $200.00 | Replacement Valu | $200.00 |
| Shale Bars (Qty- 5) | $125.00 | Replacement Valu | $125.00 |
| Garden Hoes (Qty- 5) | $125.00 | Replacement Valu | $125.00 |
| Pick Axes (Qty 3) | $135.00 | Replacement valu | $135.00 |
| Sledge Hammers (Qty - 5) | $135.00 | Repalcement Valu | $135.00 |
| Hand Tampers (Qty- 4) | $120.00 | Repalcement Valu | $120.00 |
| Hand Augers (Qty- 4 sets) | $3,400.00 | Replacement Valu | $3,400.00 |
| 10" Concrete Core Bit | $900.00 | Replacement Valu | $900.00 |
| Belle Minimix 150 | $3,800.00 | Replacement Valu | $3,800.00 |
| Geoprobe GS100 Grout System | $23,500.00 | Replacement Valu | $23,500.00 |
| LIttle Beaver Handle and Hydraulic | $10,338.00 | Replacement Valu | $10,338.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Environmental Remediation and Financial**                    Case number *(If known)* _____
          Name

| Little Beaver Augers/Tooling | $4,000.00 | Replacement Valu | $4,000.00 |
|---|---|---|---|
| Floor Jacks (Qty - 2) | $240.00 | Replacement Valu | $240.00 |
| Milwaukee Vacuum Pump | $350.00 | Replacement Valu | $350.00 |
| Milwaukee Core Drill Stand | $1,500.00 | Replacement Valu | $1,500.00 |
| Milwaukee Concrete Core Drill | $1,200.00 | Replacement Valu | $1,200.00 |
| 8" Concrete Core Bit | $600.00 | Replacement Valu | $600.00 |
| Exhuast fan | $1,500.00 | Replacement Valu | $1,500.00 |
| Ryobi Generators ( Qty- 3) | $1,575.00 | Replacement Valu | $1,575.00 |
| Rigid Air Mover | $270.00 | Replacement Valu | $270.00 |
| Ryobi Powerwashers (Qty  2) | $500.00 | Replacement Valu | $500.00 |
| Husqvarna Snow Blower | $1,800.00 | Replacement Valu | $1,800.00 |
| Husky 20 gal Compressor | $350.00 | Replacement Valu | $350.00 |
| Dayton 4YE61 Vacuum | $920.00 | Replacement Valu | $920.00 |
| Craftsmen Wet/Dry Vacs (Qty -2) | $180.00 | Replacement Valu | $180.00 |
| Rigid 6.5 HP Vacuum | $150.00 | Replacement Valu | $150.00 |
| Shop Vacs (Qty-3) | $135.00 | Replacement Valu | $135.00 |
| Homelite Electric Blower | $50.00 | Replacement Valu | $50.00 |
| Pig Containment Pads (Qty -10) | $1,450.00 | Replacement Valu | $1,450.00 |
| 2016 Atlas Copco Driver | $2,315.00 | Replacement Valu | $2,315.00 |
| 2016 Atlas Copco Pullers (Qty -2) | $6,218.00 | Replacement Valu | $6,218.00 |
| Garmin Nuvi 255w GPS (Qty -2) | $80.00 | Replacement Valu | $80.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Environmental Remediation and Financial** | Case number *(If known)* | |
|--------|---------------------------------------------|-------|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Emergency Eyewash Stations (Qty -2)** | $600.00 | Replacement Valu | $600.00 |
| **Guard Dog cable dropovers (Qty- 4)** | $600.00 | Replacement Valu | $600.00 |
| **Flood Light** | $125.00 | Replacement Valu | $125.00 |
| **Truck Tool Boxes (Each contain miscellaeous hand tools; Qty -12 sets)** | $7,200.00 | Replacement Valu | $7,200.00 |
| **Shade Tents (Qty -3)** | $1,050.00 | Replacement Valu | $1,050.00 |
| **3 Step Ladders and 1 10' ladder** | $850.00 | Replacement Valu | $850.00 |
| **Abanaki Solar Skimmer and Traditional Skimmer** | $11,222.00 | Replacement Valu | $11,222.00 |
| **Hydrant Adapters (Qty-10)** | $1,800.00 | Replacment Value | $1,800.00 |
| **Garden Hoses (Qty -60)** | $3,300.00 | Replacement Valu | $3,300.00 |
| **55 Gallon Mix Tanks (Qty -12)** | $900.00 | Replacement Valu | $900.00 |
| **110 Gallon Conical Tanks (Qty- 12)** | $5,400.00 | Replacement Valu | $5,400.00 |
| **225 Gallon Tanks  (Qty-2)** | $880.00 | Replacement Valu | $880.00 |
| **300 Gallon Tanks (Qty- 2)** | $1,300.00 | Replacement Valu | $1,300.00 |
| **500 Gallon Tanks (Qty-10)** | $7,000.00 | Replacement Valu | $7,000.00 |
| **330 Gallon Totes (Qty -4)** | $2,400.00 | Replacement Valu | $2,400.00 |
| **2,100 Gallon Tank** | $2,500.00 | Replacement Valu | $2,500.00 |
| **1,100 Gallon Tanks (Qty- 2)** | $2,400.00 | Replacement Valu | $2,400.00 |
| **2016 John Deere Excavator 26G** | $41,560.00 | Replacement Valu | $41,560.00 |
| **Excavator 12" Bucket** | $650.00 | Replacement Valu | $650.00 |
| **Excavator 30" Bucket** | $1,100.00 | Replacement Valu | $1,100.00 |
| **Excavator 18" Bucket** | $950.00 | Replacement Valu | $950.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Environmental Remediation and Financial** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2016 Geoprobe 6712 Drill Rig** | $165,000.00 | Replacement Valu | $165,000.00 |
| **2016 Geoprobe 54LT Machine** | $101,165.00 | Replacement Valu | $101,165.00 |
| **Geoprobe 6" Auger** | $3,950.00 | Replacement Vale | $3,950.00 |
| **Geoprobe 10" Auger** | $3,200.00 | Replacement Valu | $3,200.00 |
| **Geoprobe Hollow Stem Auger** | $7,200.00 | Replacement Valu | $7,200.00 |
| **Geoprobe 2.25" Rods** | $4,800.00 | Replacement Valu | $4,800.00 |
| **Geoprobe 3.25" Rods** | $3,040.00 | Replacement Valu | $3,040.00 |
| **Geoprobe Parts/Tooling** | $5,000.00 | Replacement Valu | $5,000.00 |
| **1990 Clark Forklift TW25** | $3,000.00 | Replacement Valu | $3,000.00 |
| **2018 Hyster H50FT Forklift** | $20,000.00 | Replacement Valu | $20,000.00 |
| **2019 BBA Dewatering Pump PT150** | $35,000.00 | Replacement Valu | $35,000.00 |
| **BBA Parts, Fittings and Hoses** | $17,000.00 | Replacement Valu | $17,000.00 |
| **Supersonic Air Knife X-ST2** | $2,050.00 | Replacement Valu | $2,050.00 |
| **Supersonic Air Vac H1** | $2,100.00 | Replacement Valu | $2,100.00 |
| **Solinist Interface Probe (100') (machine is out of service needs repairs/calibration) (Qty-2)** | $2,278.00 | Replacement Valu | $2,278.00 |
| **Solinst Mini INterface (50') (Out of service- needs repair/calibration)** | $700.00 | Replacement Valu | $700.00 |
| **Heron 60" Sm Oil (Out of Service- Needs repair/calibration)** | $0.00 | | $0.00 |
| **RKI Eagle (Out of Service- Needs repair/calibration)** | $4,550.00 | Replacement Valu | $4,550.00 |
| **MiiRAE Lite (Out of Service - Needs repair/calibration)** | $2,895.00 | Replacement Valu | $2,895.00 |
| **ToxiRae (Out of Service-Needs repair/calibration)** | $0.00 | | $0.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Environmental Remediation and Financial** | | Case number *(If known)* | |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| | | | |
|---|---|---|---|
| **TROLL 9000 (Qty -2) (Out of service- Need repair/calibration)** | $14,040.00 | Replacement Valu | $14,040.00 |
| **Pocket PC (Out of Service- Needs repair/calibration)** | $1,590.00 | Replacement Valu | $1,590.00 |
| **MultiRAE IR (Qty -2) (Out of Service- Need repair/calibration)** | $7,200.00 | Replacement Valu | $7,200.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$1,541,989.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest <br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br>**ReCors Patent US 6,352,387 B1** | **$200,000.00** | **Replicaiton of C** | **$200,000.00** |
| | **On-Contact (Trademark)** | **$50,000.00** | **Replication of C** | **$50,000.00** |
| | **EndPoint (Trademark)** | **$50,000.00** | **Replication of C** | **$50,000.00** |
| | **OBiZ (Trademark)** | **$50,000.00** | **Replication of C** | **$50,000.00** |
| | **Our-Bid-is_Zero (Trademark)** | **$50,000.00** | **Replication of C** | **$50,000.00** |
| | **ProxiOne (Trademark)** | **$50,000.00** | **Replication of C** | **$50,000.00** |
| | **Self Installing In Situ (Trdemark)** | **$50,000.00** | **Replication of C** | **$50,000.00** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   **Environmental Remediation and Financial**   Case number *(if known)* _____
<u>Name</u>

| | | | |
|---|---|---|---|
| **Sign-n-Buy (Trademark)** | **$50,000.00** | **Replication of C** | **$500,000.00** |
| **SiteVision** | **$50,000.00** | **Replication of C** | **$50,000.00** |
| **T-Max (Trademark)** | **$50,000.00** | **Replication of C** | **$50,000.00** |
| **Touchless (trademark)** | **$50,000.00** | **Replication of C** | **$50,000.00** |

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

                                                                                             **$1,150,000.00**

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                             Current value of
                                                             debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **ERFS v. Matsikoudis & Fanciullo**
      **Steve Angstreit, Esq  represents the plaintiff**   **$2,000,000.00**
      <u>Nature of claim</u>   <u>Legal Malpractice</u>
      <u>Amount requested</u>   <u>$2,000,000.00</u>

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   **Environmental Remediation and Financial**
         Name                                                        Case number *(If known)* _____

| | |
|---|---|
| **Potential lawsuit against Pruzan Estate** | **$0.00** |

| Nature of claim | **Contract interference and defamation** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Potential lawsuit against Philadelphia Contributorship Insurance Companies** | **$0.00** |

| Nature of claim | **Contract interferance,defamation, civil RICO** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Potential lawsuit against Odunsi** | **$0.00** |

| Nature of claim | **Counter-Claim** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Potential lawsuit against Chapman Environmental** | **$0.00** |

| Nature of claim | **Breach of Confidentiality; Tortious Interference; civil RICO** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Potential lawsuit against Joel Werbel, Esq.** | **$0.00** |

| Nature of claim | **Contract interference; Civil RICO** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Potential Claim against Steven Kalebic, Esq** | **$0.00** |

| Nature of claim | **Malpractice** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Potential lawsuit against Brian Grodzki, LSRP** | **$0.00** |

| Nature of claim | **Theft of property and IP; Defamation; Contract Interference** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Potential lawsuit against George Grochala, Esq.** | **$0.00** |

| Nature of claim | **Contract interference; Civil RICO** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Potential lawsuit against Cumberland Mutual Fire Insurance Company** | **$0.00** |

| Nature of claim | **Contract Interference** |
|---|---|
| Amount requested | **$0.00** |

---

Debtor    **Environmental Remediation and Financial**                    Case number *(If known)* _____
_____
    Name

    **Potential lawsuit against Farmers Mutual Insurance                                                    $0.00**
    **Company of Salem County**
    **Nature of claim**            **Contract Interference**
    **Amount requested**                            **$0.00**

---

75.    **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    **Potential lawsuit against PennSpring Capital Inc                                                    $0.00**
    **Nature of claim**            **Damages**
    **Amount requested**                            **$0.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

78.    **Total of Part 11.**                                                                    **$2,000,000.00**

    Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Environmental Remediation and Financial**
                 Name

Case number *(If known)* _____

<table>
<tr><td colspan="3">Part 12:    Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $399.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,322,153.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,541,989.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,150,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,014,541.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,014,541.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
|---|

Debtor name   **Environmental Remediation and Financial**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** **Ally**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2016 Chevrolet 4500HD** | **$6,988.48** | **$49,900.00** |
|---|---|---|---|

**PO Box 9001948**
**Louisville, KY 40290**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2206**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Blue Bridge Financial LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2009 Ford F-550; 2006 Ford F350; 2008 Ford F550 and 2010 Freightliner Sprinter** | **$34,021.40** | **$104,400.00** |
|---|---|---|---|

**111921 Freedom Dr Ste 1130**
**Reston, VA 20190**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7580**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Environmental Remediation and Financial** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Financial Pacific Leasing, Inc.** | Describe debtor's property that is subject to a lien | $9,077.00 | $32,995.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Mercedes-Benz Sprinter Van** | | |

**PO Box 749642**
**Los Angeles, CA 90074**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0301**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Forward Financing** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**53 State St Fl 20**
**Boston, MA 02109-3204**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$50,086.88**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **Environmental Remediation and Financial**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$653,661.95** | **$653,661.95** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**955 S Springfield Ave**<br>**Springfield, NJ 07081-3570** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,785.95** | **$17,785.95** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| Debtor | **Environmental Remediation and Financial** | Case number (*if known*) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,101.00 | $7,101.00 |
|---|---|---|---|---|
| | **State of Massachusetts** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,509.86 | $8,509.86 |
|---|---|---|---|---|
| | **State of NJ -Div. of Employer Accounts** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136,382.40 | $136,382.40 |
|---|---|---|---|---|
| | **State of NJ- Div of Taxation**<br><br>**PO Box 046**<br>**Trenton, NJ 08646** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,234.00 | $11,234.00 |
|---|---|---|---|---|
| | **State of NY- Div of Taxation**<br><br>**1 Harriman Campus Rd**<br>**Albany, NY 12206-5408** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Environmental Remediation and Financial | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**AARCO Environmental Services Corp.**

**50 Gear Ave**
**Lindenhurst, NY 11757-1005**

Date(s) debt was incurred __

Last 4 digits of account number  **0414**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$17,362.82**

---

**3.2** | Nonpriority creditor's name and mailing address

**All Crane & Equipment Rental Corp.**

**PO Box 249**
**Nitro, WV 25143-0249**

Date(s) debt was incurred __

Last 4 digits of account number  **V004**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,562.50**

---

**3.3** | Nonpriority creditor's name and mailing address

**ALS Group USA, Corp.**

**10450 Stancliff Rd Ste 210**
**Houston, TX 77099-4338**

Date(s) debt was incurred __

Last 4 digits of account number  **9701**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$31,340.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**
**Wilmington, DE 19886-5796**

Date(s) debt was incurred __

Last 4 digits of account number  **6060**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$101,079.35**

---

**3.5** | Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 660441**
**Dallas, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number  **3710**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$37,875.32**

---

**3.6** | Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15796**
**Wilmington, DE 19886-5796**

Date(s) debt was incurred __

Last 4 digits of account number  **2505**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$39,009.35**

---

**3.7** | Nonpriority creditor's name and mailing address

**Columbus Equipment Company**

**2323 Performance Way # Py**
**Columbus, OH 43207-2858**

Date(s) debt was incurred __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$70,595.25**

---

| Debtor | **Environmental Remediation and Financial** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,594.50 |
|---|---|---|---|

**EisnerAmper/Eisner Advisory Group LLC**

733 3rd Ave
New York, NY 10017-3204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6140**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**Environmental Monitoring Services, LLC**

106 Hartwood Dr Ste A
Woodstock, GA 30189-3414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6232**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Forward Financing**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,117.50 |
|---|---|---|---|

**GeoShack-Ohio**

2307 Springlake Rd Ste 514
Dallas, TX 75234-5876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4478**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,287.00 |
|---|---|---|---|

**Hawk Drilling, Inc.**

221 Van Syckels Rd
Hampton, NJ 08827-4027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,170.75 |
|---|---|---|---|

**Lightpath /Altice Business**
**Cablevision Lightpath LLC**
PO Box 360111
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4833**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,947.00 |
|---|---|---|---|

**Meridan Occupational Health PC**
**HMH Occupational Health**
PO Box 414288
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Environmental Remediation and Financial** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,616.00**

**Nexa Receptionists LLC**
**C2C Resources LLC 1455 Lincoln Pkwy**
**Ste 550**
**Atlanta, GA 30301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,495.00**

**NJ E-ZPass Violation Processing Center**

**PO Box 52005**
**Newark, NJ 07101-8205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6281__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,410.69**

**Parratt Wolff Inc.**

**PO Box 56**
**East Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __152A__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,898.00**

**SGS North America, Inc..**

**2235 US Highway 130**
**Dayton, NJ 08810-1414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,900.13**

**Sherlock Oil Company, Inc.**

**PO Box 175**
**Beverly, OH 45715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5098__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,500.00**

**Shvetz Properties, LLC**

**15 Stewart Pl Apt 6D**
**White Plains, NY 10603-3853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,852.52**

**Stericycle Environmental Solutions Inc.**

**2670 Executive Dr**
**Indianapolis, IN 46241-5024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Environmental Remediation and Financial** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|

**Steve M. Kalebic, Esq.**

**167 Main St
Hackensack, NJ 07601-7150**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,376.01** |
|---|---|---|---|

**Suburban Testing Labs, Inc.**

**1037 Macarthur Rd # F
Reading, PA 19605-9402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$579.77** |
|---|---|---|---|

**United Fire & Casualty Company**

**PO Box 73909
Cedar Rapids, IA 52407-3909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number  **2763**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,185.00** |
|---|---|---|---|

**Weir & Partners LLP**

**20 Brace Rd Ste 200
Cherry Hill, NJ 08034-2634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number  **6591**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barley Snyder Attorneys At Law
126 E King St
Lancaster, PA 17602-2832** | Line **3.23**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Credit Collection Services
725 Canton St
Norwood, MA 02062-2679** | Line **3.16**<br>☐ Not listed. Explain ____ | **6281** |
| 4.3 | **Joseph A. Molinaro, Esq.
648 Wyckoff Ave
Wyckoff, NJ 07481-1428** | Line **3.21**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Kathleen Wall, Esq.
PO Box A
Manasquan, NJ 08736-0631** | Line **3.7**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Environmental Remediation and Financial** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Roche Freedman LLP**<br>**99 Park Ave Rm 1910**<br>**New York, NY 10016-1347** | Line **3.20**<br><br>☐  Not listed. Explain _____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 834,675.16 |
| 5b. Total claims from Part 2 | 5b.  + | $ 822,254.46 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,656,929.62 |

Fill in this information to identify the case:

Debtor name  **Environmental Remediation and Financial**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Project at 695 Avenue E, Bayonne, NJ** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Ang**<br>**695 Avenue E**<br>**Bayonne, NJ 07002-4842** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 226 19th Ave., Brick, NJ** | |
| State the term remaining | | |
| List the contract number of any government contract | **15-1365-NJ** | **Anthony Ditchkus**<br>**103 Lakshman Trl**<br>**Dover, DE 19904-0972** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Project in Plainville, NJ** | |
| State the term remaining | | |
| List the contract number of any government contract | | **BASF Corporation, FPN/IC**<br>**100 Park Ave**<br>**Florham Park, NJ 07932-1049** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Remediation of residential proeprty located in Wehnonah, NJ** | |
| State the term remaining | | |
| List the contract number of any government contract | **02-02-05-1227-34** | **Blakely**<br>**100 S West Ave**<br>**Wenonah, NJ 08090-1848** |

Debtor 1 __Environmental Remediation and Financial__                     Case number (*if known*)
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Project located at 20 Monticello Ave., Jersey City NJ**

State the term remaining

List the contract number of any government contract

**Calvin Palmer**
**505 Glendale Ave**
**Westmont, NJ 08108-2233**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Project located in Jersey City, NJ**

State the term remaining

List the contract number of any government contract

**Capone**
**339 Cator Ave**
**Jersey City, NJ 07305-2054**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Remediation of property located at 23 & 25 West 44th Street, Bayonne, NJ**

State the term remaining

List the contract number of any government contract — **16-1509-NJ-03**

**Carol Lintao and Joseph Amend**
**25 W 44th St**
**Bayonne, NJ 07002-3015**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Project located in Whiting, NJ**

State the term remaining

List the contract number of any government contract

**Carol Schmeider**
**1280 Paterson Ave**
**Whiting, NJ 08759-4010**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Remediation of property located at 56 Harrison St., Verona NJ**

State the term remaining

List the contract number of any government contract — **19-1719-NJ-02**

**Caryn Skinner/Estate of Carolyn Newell**
**56 Harrison St**
**Verona, NJ 07044-1505**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Project located in Rutherford, NJ**

State the term remaining

**Cashwell Estate/ Michael Cashwell**
**c/o William Denver**
**331 Newman Springs Rd Bldg 1**
**Red Bank, NJ 07701-5688**

Debtor 1   **Environmental Remediation and Financial**                                 Case number *(if known)* _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Project in Metuchen, NJ** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Charles L. Moore**<br>**72 Kentnor St**<br>**Metuchen, NJ 08840-2205** |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at 1008 Wayne Road, Haddonfield, NJ** |
| | State the term remaining | |
| | List the contract number of any government contract **713338** | **Cheesman Property**<br>**1008 Wayne Rd**<br>**Haddonfield, NJ 08033-3638** |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at 398 Ogden Avenue, Jersey City, NJ** |
| | State the term remaining | |
| | List the contract number of any government contract **566528** | **Conboy Property**<br>**398 Ogden Ave**<br>**Jersey City, NJ 07307-1115** |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 40 LaFrance Ave., Bloomfield, NJ** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Corlyn Nelson**<br>**40 La France Ave**<br>**Bloomfield, NJ 07003-5632** |

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Project at the Somerdale Wawa** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Darwin Walker/ DJW Somerdale LLC**<br>**15 Tuxedo Ct**<br>**Marlton, NJ 08053-5602** |

| Debtor 1 | **Environmental Remediation and Financial** | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 382-384 Van Nostrand Ave., Jersey City, NJ** | |
|---|---|---|---|
| | State the term remaining | | **David Martinez and Harry Martinez** |
| | List the contract number of any government contract | **09-04-13-1334-59** | **384 Van Nostrand Ave** **Jersey City, NJ 07305-1309** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Project located in Marlboro, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Davis Residence** |
| | List the contract number of any government contract | **18-1593-NJ-02** | **69 Wyncrest Rd** **Marlboro, NJ 07746-2248** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 130 Johnson Avenue, Kearny, NJ** | |
|---|---|---|---|
| | State the term remaining | | **DeMatos Property** |
| | List the contract number of any government contract | **786247** | **130 Johnston Ave** **Kearny, NJ 07032-2326** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 508 Denise Ct., Williamstown, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Dennis Ciocco** |
| | List the contract number of any government contract | **18-1571-NJ** | **508 Denise Ct** **Williamstown, NJ 08094-1649** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 43 Division Street, South River, NJ and 45 Division Street, South River, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Dimitrious Koukourdelis** |
| | List the contract number of any government contract | **15-1394-NJ-2** | **43 Division St** **South River, NJ 08882-1641** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Project for Paintmasters** | **DQB of Toms River** **1920 Route 37 E** **Toms River, NJ 08753-8255** |
|---|---|---|---|

Debtor 1    **Environmental Remediation and Financial**                                    Case number *(if known)* _____
First Name        Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 30 Parson Lane, Willingboro NJ** | |
|---|---|---|---|
| | State the term remaining | | **Earl Richardson** |
| | List the contract number of any government contract | **16-1438-NJ** | **30 Parson Ln** |
| | | | **Willingboro, NJ 08046-2601** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Project for Dunphy Smith** | |
|---|---|---|---|
| | State the term remaining | | **Earth Science Consultants, LLC** |
| | List the contract number of any government contract | | **208 Seymour Ave** |
| | | | **Point Pleasant Beach, NJ 08742-3132** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at 8 South Granville Ave., Margate, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Estate of Florence Saracina** |
| | | | **c/o Gloria Love, Executrix** |
| | List the contract number of any government contract | | **8 S Granville Ave** |
| | | | **Margate City, NJ 08402-2736** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 82 Elm Street, Iselin, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Estebal Property** |
| | List the contract number of any government contract | **745189** | **82 Elm Ave** |
| | | | **Iselin, NJ 08830-1503** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Project located in Jefferson, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Fedo** |
| | List the contract number of any government contract | | **145 Schwarz Blvd** |
| | | | **Lake Hopatcong, NJ 07849-1621** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | **Environmental Remediation and Financial** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of residential property located at 505 Glendale Ave., Haddon Twp. NJ** | |
|---|---|---|---|
| | State the term remaining | | **Frank and Helena Boddy** |
| | List the contract number of any government contract | **16-1481-NJ** | **505 Glendale Ave**<br>**Haddon Township, NJ 08108-2233** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Project located in West Long Branch** | |
|---|---|---|---|
| | State the term remaining | | **Gail Plovinsky (Klein)** |
| | List the contract number of any government contract | | **12 Community Dr**<br>**West Long Branch, NJ 07764-1603** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 656 Morris Ave., Newfield, NJ** | |
|---|---|---|---|
| | State the term remaining | | **George Kasper** |
| | List the contract number of any government contract | **18-1570-NJ** | **656 Morris Ave**<br>**Newfield, NJ 08344-5149** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at 703 Orchard Street, Whiting, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Hagetter** |
| | List the contract number of any government contract | | **703 Orchard St**<br>**Whiting, NJ 08759** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Project for Larrison Coal & Fuel Oil Inc. located at 535 Myrtle Ave., Neptune, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Harry Larrison/Larrison Coal & Fuel Oil** |
| | List the contract number of any government contract | | **c/o Carol Pantaleo**<br>**8 Silver Leaf Dr**<br>**Marlboro, NJ 07746-1896** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at 950 White Horse Pike South, Hammonton NJ** | |
|---|---|---|---|
| | State the term remaining | | **Highway Petroleum**<br>**1233 Haddonfield-Berlin Rd Ste 8**<br>**Voorhees, NJ 08043** |

Debtor 1   **Environmental Remediation and Financial**                    Case number *(if known)* _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 272 Beechwood Avenue, Union, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Kaplan Property** |
| | List the contract number of any government contract | **668865** | **272 Beechwood Ave Union, NJ 07083-8306** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of proeprty located at 905 Beecham Road, Williamstown, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Kazimieri Bil** |
| | List the contract number of any government contract | **18-1638-NJ-02** | **905 N Beecham Rd Williamstown, NJ 08094-2101** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation at residence located at 62 Manalapan Ave., Freehold, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Kenneth Mount** |
| | List the contract number of any government contract | **13-1102-NJK** | **62 Manalapan Ave Freehold, NJ 07728-1657** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Project located in Pemberton, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Kim Guatam** |
| | List the contract number of any government contract | | **283 Arneys Mount Rd Pemberton, NJ 08068-9701** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 58 Hambrug Turnpike, Sussex NJ** | |
|---|---|---|---|
| | State the term remaining | | **Lagattuta** |
| | List the contract number of any government contract | **01-01-31-1303-14** | **58 Hamburg Tpke Sussex, NJ 07461** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | Environmental Remediation and Financial | | Case number *(if known)* |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of preoprty located at 361 Shrewsbury Ave., Red Bank, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Lawrence** |
| | List the contract number of any government contract | **679612** | **361 Shrewsbury Ave** **Red Bank, NJ 07701-1469** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Project located in Manalapan, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Lorraine Nocera** |
| | List the contract number of any government contract | | **21 Farm Tree Rd** **Manalapan, NJ 07726-3727** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 74 John Street, Red Bank, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Maier Property** |
| | List the contract number of any government contract | **666591** | **74 John St** **Red Bank, NJ 07701-2338** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at 49 Talbot St, Burlington, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Mark** |
| | List the contract number of any government contract | | **49 Talbot St** **Burlington, NJ 08016-1349** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property for condominium units located at 40 Tansboro Rd, Unit 7 B 40, Berlin, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Metzler Property** |
| | List the contract number of any government contract | **G000061648** | **40 Tansboro Rd** **Berlin, NJ 08009-1938** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at 6004 Adams Street, West New York** | |
|---|---|---|---|
| | | | **Michael J. Iann** **6004 Adams St W** **New York, NY 10001** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Environmental Remediation and Financial**                          Case number *(if known)* _____
　　　　　　First Name　　　　Middle Name　　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Project located in Elizabeth, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Michele Rodrigues** |
| | List the contract number of any government contract | _____ | **946 Van Buren Ave**<br>**Elizabeth, NJ 07201-1816** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Projetc located at 616 Orange Road, Millville NJ** | |
|---|---|---|---|
| | State the term remaining | | **Milliville Industrial Dev. Corp.** |
| | List the contract number of any government contract | _____ | **1013 E Landis Ave**<br>**Vineland, NJ 08360** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of residential property located 84 Bingham Ave., Rumson NJ** | |
|---|---|---|---|
| | State the term remaining | | **Paul Whitfield** |
| | List the contract number of any government contract | **16-1494-NJ-01** | **84 Bingham Ave**<br>**Rumson, NJ 07760-1518** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of residential property located at 7 Sunset Court, Freehold, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Picerno** |
| | List the contract number of any government contract | _____ | **7 Sunset Ct**<br>**Freehold, NJ 07728-2066** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 207 11th Street, Hoboken NJ** | |
|---|---|---|---|
| | State the term remaining | | **Pruzan** |
| | List the contract number of any government contract | _____ | **207 11th St**<br>**Hoboken, NJ 07030-4346** |

Debtor 1  **Environmental Remediation and Financial**                     Case number *(if known)* _____
  First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Remediation of residence located at 35 Jensen Ave., Woodbridge NJ**

State the term remaining

List the contract number of any government contract — **17-1512-NJ-01**

Roland Pospolita
35 Jensen Ave
Woodbridge, NJ 07095

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Project located in Cherry Hill, NJ**

State the term remaining

List the contract number of any government contract

Ruth Quemore
c/o William Quemore
4 Cresthaven Ct
Se

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — **Remediation of property located at 2358 and 2360 JFK Blvd., Jersey City**

State the term remaining

List the contract number of any government contract — **10-11-10-1250-02**

Salerno/Smith
2358 JFK Blvd
Jersey City, NJ 07097

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Project located at 14 St. Paul's Ave., Jersey City, NJ**

State the term remaining

List the contract number of any government contract — **15-01-19-0930-32**

Sanango Property
14 Saint Pauls Ave
Jersey City, NJ 07306-1616

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — **Remediation of the property located at 133 Lexington Ave., Bayonne, NJ**

State the term remaining

List the contract number of any government contract — **795742**

Scott and Jane Kelly
133 Lexington Ave
Bayonne, NJ 07002-4238

**2.54.** State what the contract or lease is for and the nature of the debtor's interest — **Project located in Orange, NJ**

State the term remaining

Simenehe
42 Parkison Ter
Orange, NJ 07050

Debtor 1   **Environmental Remediation and Financial**                                    Case number *(if known)* _____
           First Name          Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of residence** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **222596** | **Smith Convery**<br>**1915 Maple Ave**<br>**Haddon Heights, NJ 08035-1117** |

---

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at Passaic Hospital 350 Boulevard, Passaic, NJ** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Stantec Consulting Services Inc.**<br>**100 Pearl St Fl 11**<br>**Hartford, CT 06103-4511** |

---

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Proposed remediation project located in Pennsauken, NJ** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Super Tire**<br>**7255 N Crescent Blvd**<br>**Pennsauken, NJ 08110-1516** |

---

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of residential property located at 28 Newark Bay Ct., Bayonne, NJ** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **592742** | **Texidor**<br>**28 Newark Bay Ct**<br>**Bayonne, NJ 07002-1904** |

---

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 75 West 55th Street, Bayonne NJ** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **15-1392-NJ** | **The Estate of Salvatore Pona**<br>**c/o Jean Carne**<br>**19 Cori St**<br>**Parlin, NJ 08859-1719** |

---

| Debtor 1 | **Environmental Remediation and Financial** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation project for National Industries Inc. South Plainfield, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Thermo National c/o Henry Streicher 1410 Oakwood Hollow Ln Toms River, NJ 08755-2200** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation project located at 6044 Main Street, Mays Landing, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Timothy Shea 6044 Main St Mays Landing, NJ 08330-1850** |
| | List the contract number of any government contract | 625434 | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Remediatrion project located at Donley Service Station, Route 70 & Washington Ave., Cherry Hill, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Valerie Rodgers 2025 Route 70 W Cherry Hill, NJ 08002-2728** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 91 Graham St., Jersey City** | |
|---|---|---|---|
| | State the term remaining | | **Vargo 91 Graham St Jersey City, NJ 07307-3325** |
| | List the contract number of any government contract | 220999 | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 320 Byron Place, Maywood NJ** | |
|---|---|---|---|
| | State the term remaining | | **Widows 320 Byron Pl Maywood, NJ 07607-1915** |
| | List the contract number of any government contract | 282882 | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Remediation of property located at 235-237 North 19th Street, East Orange, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Willie B. McGuire c/o Joyce Thomas 235 N 19th St E Orange, NJ 07050** |

| Debtor 1 | Environmental Remediation and Financial | Case number *(if known)* | |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract    **1502396** | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Project located at 250 Hampshire Dr., Deptford, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Wynne**<br>**250 Hampshire Dr**<br>**Deptford, NJ 08096-4205** |
| | List the contract number of any government contract | | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **Environmental Remediation and Financial**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Mark Vigneri** | | **Bank of America** | ☐ D _____ <br> ■ E/F ___3.6___ <br> ☐ G _____ |
| 2.2 | **Mark Vigneri** | | **Blue Bridge Financial LLC** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Environmental Remediation and Financial**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                   12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................ $     **7,014,541.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $     **7,014,541.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $     **50,086.88**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $     **834,675.16**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **822,254.46**

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b          $     **1,707,016.50**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey, Trenton Division

In re  **Environmental Remediation and Financial**                           Case No.
                                          Debtor(s)          Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐  **FLAT FEE**

       For legal services, I have agreed to accept ........................................  $  _____

       Prior to the filing of this statement I have received ..................................  $  _____

       Balance Due ...........................................................................  $  _____

   ☑  **RETAINER**

       For legal services, I have agreed to accept and received a retainer of ................  $        **33,500.00**

       The undersigned shall bill against the retainer at an hourly rate of ...............  $          **425.00**
       [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
       fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

      ☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ☑ Debtor        ☐ Other (specify):

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
         firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Environmental Remediation and Financial**                     Case No. _____
                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**May  3, 2022** _____     **/s/ Marc C. Capone** _____
*Date*                                                  **Marc C. Capone**
                                                 *Signature of Attorney*
                                                 **Gillman, Bruton & Capone, LLC**

                                                 **60 State Route 71**
                                                 **Spring Lake, NJ 07762-1877**
                                                 **(732) 528-1166   Fax: (732) 528-4458**
                                                 **mcapone@gbclawgroup.com**
                                                 *Name of law firm*

Software Copyright (c) 2022 CINGroup - www.cincompass.com