4:14 PM
04/29/22

# Environmental Remediation and Financial Services LLC
## Statement of Cash Flows
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 140,103.12 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accounts Receivable | -490,905.00 |
| Accounts Receivable - Contra | -201,427.40 |
| Advances to Employees | -4,682.26 |
| Earnings in Excess of Billings | -425,116.50 |
| State ofr NJ Grants | 545,304.93 |
| Accounts Payable - Contra | -11,992.34 |
| Accrued Expenses Credit Cards | -1,791.63 |
| Bank of America Credit Line | 60.00 |
| Credit Cards MV Sponsored | -13,406.78 |
| Exchange - Overdraft protection | 1,991.61 |
| N/P Forward Financing | -20,498.00 |
| N/P Propellus | -1,030.00 |
| Payroll Liabilities | 19,041.75 |
| Payroll Liabilities:Federal | 228,055.96 |
| Payroll Liabilities:State | 45,619.39 |
| **Net cash provided by Operating Activities** | -190,673.15 |
| **INVESTING ACTIVITIES** | |
| Property and equipment:Field Equipment | -10,000.00 |
| Property and equipment:z Accumulated Depreciation | 86,319.00 |
| Due from Related Company | -365.40 |
| Less - Accum. Amortization - Pa | 1,572.75 |
| **Net cash provided by Investing Activities** | 77,526.35 |
| **FINANCING ACTIVITIES** | |
| Federal Grant | 242,410.00 |
| Loan Repayment | -10,000.00 |
| n/p - Alley | -13,506.08 |
| n/p - Bryn Mawr | -4,993.20 |
| N/P Blue Ridge | -8,416.22 |
| n/p FinPac | -12,996.90 |
| N/P Geoprobe | -5,250.00 |
| N/p Global | -56,000.00 |
| N/P John Deere | -9,486.33 |
| n/p Navitas | -6,730.90 |
| N/P Wells Fargo $796.66 | 4,027.50 |
| Note Payable - Ralph Leard | -3,000.00 |
| Distributions | 14,247.75 |
| Member's Contribution | 233,838.10 |
| Member's Equity | -247,480.00 |
| Owners Draw | -58,500.00 |
| **Net cash provided by Financing Activities** | 58,163.72 |
| **Net cash increase for period** | -54,983.08 |
| **Cash at beginning of period** | -9,116.40 |
| **Cash at end of period** | **-64,099.48** |