10:44 AM
05/02/22
Accrual Basis

# Environmental Remediation and Financial Services LLC
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking | -64,099.48 |
| **Total Checking/Savings** | -64,099.48 |
| **Other Current Assets** | |
| Accounts Receivable - Contra | 1,722,799.00 |
| Advances to Employees | 6,588.74 |
| Deposits on equipment | 10,000.00 |
| State ofr NJ Grants | 1,328,038.23 |
| **Total Other Current Assets** | 3,067,425.97 |
| **Total Current Assets** | 3,003,326.49 |
| **Fixed Assets** | |
| **Property and equipment** | |
| Computers | 76,879.67 |
| Diesel Truck | 3,456.00 |
| Equipment | 230,349.19 |
| F&F | 8,243.87 |
| Field Equipment | 786,864.44 |
| Leasehold Improvements | 71,199.56 |
| Office Equipment | 77,391.96 |
| Trucks | 527,532.93 |
| z Accumulated Depreciation | -1,582,115.77 |
| **Total Property and equipment** | 199,801.85 |
| **Total Fixed Assets** | 199,801.85 |
| **Other Assets** | |
| Goodwill | 446,223.92 |
| Less - Accum. Amortization - Pa | -26,038.00 |
| Patents | 31,455.00 |
| Security Deposit | 17,971.57 |
| **Total Other Assets** | 469,612.49 |
| **TOTAL ASSETS** | **3,672,740.83** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Accounts Payable - Contra | 62,994.00 |
| Accrued Expenses Credit Cards | 64,126.63 |
| Bank of America Credit Line | 99,000.00 |
| Credit Cards MV Sponsored | 48,872.00 |
| DoorsDirect | 15,000.00 |
| N/P Forward Financing | 71,000.00 |
| **Payroll Liabilities** | |
| Federal | 377,823.19 |
| State | 87,383.73 |
| Payroll Liabilities - Other | 226,447.99 |
| **Total Payroll Liabilities** | 691,654.91 |
| **Total Other Current Liabilities** | 1,052,647.54 |
| **Total Current Liabilities** | 1,052,647.54 |

10:44 AM
05/02/22
Accrual Basis

# Environmental Remediation and Financial Services LLC
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 |
|---|---:|
| **Long Term Liabilities** | |
| n/p - Alley | 21,740.00 |
| N/P Blue Ridge | 10,743.20 |
| n/p FinPac | 7,780.00 |
| N/P Geoprobe | 15,000.00 |
| Note Payable - James Rogalski | 16,000.00 |
| Note Payable - Ralph Leard | 18,000.00 |
| **Total Long Term Liabilities** | 89,263.20 |
| **Total Liabilities** | 1,141,910.74 |
| **Equity** | |
| Member's Contribution | 6,559.75 |
| Member's Equity | 2,459,549.83 |
| Owners Draw | -68,500.00 |
| Net Income | 133,220.51 |
| **Total Equity** | 2,530,830.09 |
| **TOTAL LIABILITIES & EQUITY** | **3,672,740.83** |